1 Brandi C. Blair, Bar #025944
Reshma A. Amin, Bar #033724
2 JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
3 Phoenix, Arizona 85004
Telephone: (602) 263-1700
4 Fax: (602) 200-7808
bblair@jshfirm.com
5 ramin@jshfirm.com

6 Attorneys for Defendant Wexford Health
Sources, Inc., Kadyann Cobey, Debra E.
7 Wagner, Danielle Alderson and Linda
Alvarez
8

9 **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF ARIZONA**

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown, | NO.<br><br>**NOTICE OF REMOVAL** |
| Plaintiffs, | |
| v. | |
| Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida Corporation; Kadyann Cobey and John Doe Cobey, a married couple; Debra E. Wagner and John Doe Wagner, a married couple; Danielle Alderson and John Doe Alderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez and John Doe Alvarez, a married couple; John and Jane Does 100; Black Partnerships 1-10; White Corporations 1-10, | |
| Defendants. | |

Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson, and Linda Alvarez, through undersigned counsel, pursuant to Rule 81(c), Fed.R.Civ.P., hereby notice the removal of the above-captioned case from the Superior Court of Arizona, in and for the County of Yavapai, filed under Cause No.

7478248.1

1 | V1300CV201900036, to this Court and in support thereof asserts:

2 |     1.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331. This action may be removed pursuant to 28 U.S.C. § 1441(a) because Plaintiffs allege their rights have been violated, pursuant to the 14th Amendment of the United States Constitution.

    2.    This Notice of Removal is being filed within thirty (30) days after acceptance of service of Plaintiffs' Complaint and is timely filed under 28 U.S.C. § 1446(b).

    3.    The time for which Defendants have to remove this case with respect to the Complaint has not expired.

    4.    A copy of all of the initial pleadings in the Superior Court Action are attached hereto as "**Exhibit A**."  Notice of Removal to United States District Court, a true and correct copy of which is attached as "**Exhibit B**", has been filed in the Superior Court for the State of Arizona, in the County of Yavapai, Case No. V1300CV201980036.

    5.    All presently served Defendants have consented to the removal of this case from Superior Court of the State of Arizona, County of Yavapai, to the United States District Court for the District of Arizona.  The parties have stipulated to extending the answer deadline as Plaintiffs' intend to file an amended complaint.

    WHEREFORE, Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson, and Linda Alvarez respectfully request that the above action now pending in the Superior Court of the District of Arizona be removed to this Court.

    WHEREFORE, Defendants respectfully request that this Action be removed to this Court.

7478248.1                                  2

DATED this 8th day of May 2019.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/Brandi C. Blair
Brandi C. Blair
Reshma A. Amin
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that I have mailed the foregoing document to the following:

Robert T. Mills
Sean A. Woods
Scott Griffiths
MILLS + WOODS LAW
5055 North 12th Street
Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiffs

Daniel J. O'Connor, Jr.
Justin Holm
O'Connor & Campbell, P.C.
7955 South Priest Drive
Tempe, Arizona 85284
Attorneys for Yavapai County and Sheriff Scott Masher

John T. Shoaf
GUST ROSENFELD P.L.C.
One East Washington Street
Suite 1600
Phoenix, Arizona 85004-2553
Attorneys for Defendant Mike Thompson

*/s/Gladys Negron*

7478248.1                              3