## SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.  **Style of the Case:**
    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|-------|-----------|-------------|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown, | Plaintiffs | Robert T. Mills, Bar 018853<br>Sean A. Woods, Bar 028930<br>Scott Griffiths, Bar 028906<br>MILLS + WOODS LAW<br>5055 North 12th Street, Suite 101<br>Phoenix, Arizona 85014<br>T: 480-999-4556   docket@millsandwoods.com |
| Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez | Defendants | Brandi C. Blair, Bar #025944<br>JONES, SKELTON & HOCHULI, P.L.C.<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona  85004<br>T:  (602) 263-1786<br>bblair@jshfirm.com |
| Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; | Defendants | Daniel J. O'Connor, Jr.<br>Justin Holm<br>O'Connor & Campbell, P.C.<br>7955 South Priest Drive<br>Tempe, Arizona 85284<br>T: (602) 241-7000<br>daniel.oconnor@occlaw.com; justin.holm@occlaw.com |

2.  **Jury Demand:**
    Was a Jury Demand made in another jurisdiction?     Yes  ⬤          No  ◯
    If "Yes," by which party and on what date?
    Plaintiff on March 1, 2019

3.  **Answer:**
    Was an Answer made in another jurisdiction?     Yes  ◯          No  ⬤
    If "Yes," by which party and on what date?

**4.**     **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|-------|-------------|-------------------|
| Wexford Health Sources, Inc. | 03/05/2019 | Process Server |
| Yavapai County | 03/07/2019 | Process Server |
| Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez | 04/26/2019 | Service on authorized representative |

**5.**     **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|-------|-------------------|
|       |                   |
|       |                   |
|       |                   |

**6.**     **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|-------|-------------------|
|       |                   |
|       |                   |
|       |                   |

**7.**     **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|-------|--------|
| Plaintiffs | Plaintiff alleges his 8th Amendment rights have been violated pursuant to 42 U.S.C. § 1983 and is alleging wrong death. |
| Defendants | At this time, no defendant has made a counter or cross claim. Defendant reserves right, however, to request appropriate fees and costs. |
|       |        |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

**Additional Sheet re:  Newman v. Wexford Health Services, Inc., et al.**

1.      Style of the Case:  *(Continuation. . . )*

| Party | Party Type | Attorney(s) |
|-------|-----------|-------------|
|       |           |             |
| Mike Thompson | Defendant | John T. Shoaf<br>GUST ROSENFELD P.L.C.<br>One East Washington Street<br>Suite 1600<br>Phoenix, Arizona 85004-2553<br>T: (602) 257-7419<br>jtshoaf@gustlaw.com |

4.      Served Parties:  *(Continuation. . .)*

| Party | Date Served | Method of Service |
|-------|------------|-------------------|
|       |            |                   |
| Mike Thompson | 04/26/2019 | Service on authorized representative |
| Sheriff Scott Mascher | 04/26/2019 | Service on authorized representative |