Brandi C. Blair, Bar #025944
Kathleen S. Elder, Bar #021763
Reshma A. Amin, Bar #033724
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7808
bblair@jshfirm.com
kelder@jshfirm.com
ramin@jshfirm.com

Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown,<br><br>Plaintiffs,<br><br>v.<br><br>Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida Corporation; Kadyann Cobey and John Doe Cobey, a married couple, Debra E. Wagner and John Doe Wagner, a married couple; Danielle Alderson and John Doe Alderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez, and John Doe Alvarez, a married couple; John and Jane Does 1-100; Black Partnerships 1-10; White Corporations 1-10,<br><br>Defendants. | NO. 3:19-cv-08136-ROS-JZB<br><br>**NOTICE OF ASSOCIATION OF COUNSEL WITHIN SAME FIRM** |

NOTICE IS GIVEN that Kathleen S. Elder and Reshma A. Amin of Jones, Skelton & Hochuli, P.L.C., are associating with Brandi Blair of the same firm as counsel for Defendants, Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner,

7593184.1

Danielle Alderson and Linda Alvarez in the above entitled case.  Please ensure that copies of all discovery, pleadings, notices and other documents are sent as follows:

>Brandi C. Blair
>Kathleen S. Elder
>Reshma A. Amin
>JONES, SKELTON & HOCHULI
>40 North Central Avenue, Suite 2700
>Phoenix, Arizona 85004
>Phone:  (602) 263-1700
>bblair@jshfirm.com
>kelder@jshfirm.com
>ramin@jshfirm.com

DATED this 9th day of May 2019.

>JONES, SKELTON & HOCHULI, P.L.C.
>
>
>By /s/Brandi C. Blair
>    Brandi C. Blair
>    Kathleen S. Elder
>    Reshma A. Amin
>    40 North Central Avenue, Suite 2700
>    Phoenix, Arizona  85004
>    Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Gladys Negron

7593184.1

2