SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Yavapai County, a governmental entity, et al., <br><br> Defendants. | No.  CV 19-08136-PCT-ROS (JZB) <br><br> **ORDER** |

On February 4, 2019, Plaintiffs Joanna Newman, personal representative of the Estate of Charles Edward Brown ("Brown"), Jeannie Worden, the mother of Brown, and Charles Wilson Brown, the father of Brown, filed a Complaint through counsel in Yavapai Superior Court, case# CV 201980036, against Defendants Yavapai County; Yavapai County Sheriff Scott Mascher in his official capacity; and Wexford Health Sources, Inc. ("Wexford").  Plaintiffs also sued the following current or former Wexford employees or contractors for Wexford: Kady Ann Cobey, Debra E. Wagner, Danielle Alderson, Mike Thompson, Linda Alvarez, and these Defendants' respective spouses.  Plaintiff also sued John and Jane Does 1-100, who are or were employed by Yavapai County, Sheriff Mascher, or were employees of or independent contractors for Wexford; Black Partnerships 1-10; and White Corporations 1-10.  Plaintiffs alleged claims under 42 U.S.C. § 1983 and state law claims concerning the death of Brown while in the custody of the

1  Yavapai County Sheriff's Office and under the care of Wexford employees or contractors.
2  Yavapai County was served on March 7, 2019.  (Doc. 1-3 at 55.)  Wexford was served on
3  March 5, 2019.  (Doc. 1-3 at 56.)  Defendants Thompson and Mascher are represented as
4  having been served on April 26, 2019.  (Doc. 1-2 at 3.)
5  　　　On May 8, 2019, Defendants Wexford, Cobey, Wagner, and Alderson removed the
6  action to federal court and paid the filing and administrative fees.  (Doc. 1.)  The removing
7  Defendants represent that all served Defendants have consented to removal.
8  　　　**IT IS ORDERED** that this matter is referred to Magistrate Judge John Z. Boyle
9  pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial
10 proceedings as authorized under 28 U.S.C. § 636(b)(1) and is **assigned to the standard**
11 **track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure and to the
12 **Mandatory Initial Discovery Pilot** pursuant to General Order 17-08.
13 　　　Dated this 10th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

**TERMPSREF**

- 2 -