Brandi C. Blair, Bar #025944
Kathleen S. Elder, Bar #021763
Reshma A. Amin, Bar #033724
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7808
bblair@jshfirm.com
kelder@jshfirm.com
ramin@jshfirm.com

Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown,<br><br>Plaintiffs,<br><br>v.<br><br>Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida Corporation; Kadyann Cobey and John Doe Cobey, a married couple, Debra E. Wagner and John Doe Wagner, a married couple; Danielle Alderson and John Doe Alderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez, and John Doe Alvarez, a married couple; John and Jane Does 1-100; Black Partnerships 1-10; White Corporations 1-10,<br><br>Defendants. | NO. 3:19-cv-08136-ROS-JZB<br><br>**STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT FOR ALL DEFENDANTS** |

The parties to this action, through their respective undersigned counsel, hereby stipulate, agree, and request the Court to continue Defendants' deadline to file a responsive pleading pending Plaintiffs filing an Amended Complaint, and to set the deadline to file a responsive pleading in compliance with Rule 15(a)(3), Fed. R. Civ. P.

7576124.1

DATED this 14th day of May 2019.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Brandi C. Blair
Reshma A. Amin
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

DATED this 14th day of May 2019.

MILLS + WOODS LAW

By _____ w/ permission
Robert T. Mills
Sean A. Woods
Scott Griffiths
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiffs

DATED this 14th day of May 2019.

O'CONNOR & CAMPBELL, P.C.

By _____ w/ perm
Justin Holm
Daniel J. O'Connor
7955 South Priest Drive
Tempe, Arizona 85284
Attorneys for Defendant Yavapai County and Sheriff Scott Masher

DATED this 14th day of May 2019.

GUST ROSENFELD, P.L.C.

By _____ w/ perm
John T. Shoaf
One East Washington Street, Suite 1600
Phoenix, Arizona 85004
Attorneys for Defendant Mike Thompson

7576124.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Pam Pull