Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & CAMPBELL, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
602-241-7000
*Attorneys for Defendants, Yavapai County and Sheriff Scott Mascher*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown,<br><br>Plaintiffs,<br><br>vs.<br><br>Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida Corporation; Kadyann Cobey and John Doe Cobey, a married couple, Debra E. Wagner and John Doe Wagner, a married couple; Danielle Alderson and John Doe Alderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez, and John Doe Alvarez, a married couple; John and Jane Does 1-100; Black Partnerships I-1-; White Corporations 1-10,<br><br>Defendants. | Case No.: 3:19-cv-08136-ROS-JZB<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that O'Connor & Campbell, P.C., by Daniel J. O'Connor, Jr. and Karen J. Stillwell, are hereby entering their appearance on behalf of Defendants Yavapai County and Sheriff Scott Mascher. Request is made

upon all parties and the Court to serve all notices and pleadings on the undersigned as counsel for defendants.

Dated: May 22, 2019.

**O'CONNOR & CAMPBELL, P.C.**

By: */s/Daniel J. O'Connor, Jr.*
    Daniel J. O'Connor, Jr.
    Karen J. Stillwell
    *Attorneys for Defendants,*
    *Yavapai County and*
    *Sheriff Scott Mascher*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2019 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| Robert T. Mills | Brandi C. Blair |
| Sean A. Woods | Kathleen S. Elder |
| Scott Griffiths | Reshma A. Amin |
| Mills Woods Law | JONES, SKELTON & HOCHULI, PLC |
| 5055 N. 12th St., Suite 101 | 40 North Central Avenue, Suite 2700 |
| Phoenix, AZ 85014 | Phoenix, Arizona 85004 |
| *Attorneys for Plaintiffs* | bblair@jshfirm.com |
| sgriffiths@millsandwoods.com | kelder@jshfirm.com |
| | ramin@jshfirm.com |
| | *Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez* |

By: */s/Karen Larson*