# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, et al., | No. CV-19-08136-PCT-ROS (JZB) |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Yavapai, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulation to Extend Deadline to Answer Complaint for all Defendants." (Doc. 7.) The parties seek to extend the answer deadline to a date, in accordance with Rule 15(a)(3), Fed. R. Civ. P., upon Plaintiff's filing of an amended complaint. (*Id*.) Plaintiff has not filed an amended complaint, and the Court is not inclined to leave an open-ended answer deadline, however, it will grant an extension of one week to file an answer to Plaintiff's Complaint.

Accordingly,

**IT IS ORDERED**:

1. The Stipulation (Doc. 7) is **granted** as provided in this Order.

2. On or before **June 25, 2019**, Defendants shall file an answer or otherwise respond to Plaintiff's Complaint.

Dated this 11th day of June, 2019.

Honorable John Z. Boyle
United States Magistrate Judge