Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & CAMPBELL, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
602-241-7000
*Attorneys for Defendants, Yavapai County and Sheriff Scott Mascher*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida Corporation; Kadyann Cobey and John Doe Cobey, a married couple, Debra E. Wagner and John Doe Wagner, a married couple; Danielle Alderson and John Doe Alderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez, and John Doe Alvarez, a married couple; John and Jane Does 1-100; Black Partnerships I-1-; White Corporations 1-10,<br><br>　　　　Defendants. | Case No.: 3:19-cv-08136-ROS-JZB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL WITHIN LAW FIRM** |

　　　　Defendants, Yavapai County and Sheriff Scott Mascher through undersigned counsel, hereby notifies the Court and counsel of record that Justin

D. Holm is no longer with the firm O'Connor & Campbell, P.C.  Daniel J. O'Connor, and Karen J. Stillwell of O'Connor & Campbell, P.C., remain as counsel for Defendants.   All future pleadings, discovery and correspondence in connection with this matter should be directed to Mr. O'Connor and Ms. Stillwell.

Dated: July 29, 2019.

**O'CONNOR & CAMPBELL, P.C.**

By: */s/ Daniel J. O'Connor, Jr.*
　　Daniel J. O'Connor, Jr.
　　Karen J. Stillwell
　　*Attorneys for Defendants,*
　　*Yavapai County and*
　　*Sheriff Scott Mascher*

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System.  A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| Robert T. Mills | Brandi C. Blair |
| Sean A. Woods | Kathleen S. Elder |
| Scott Griffiths | Reshma A. Amin |
| Mills Woods Law | JONES, SKELTON & HOCHULI, PLC |
| 5055 N. 12th St., Suite 101 | 40 North Central Avenue, Suite 2700 |
| Phoenix, AZ 85014 | Phoenix, Arizona 85004 |
| *Attorneys for Plaintiffs* | bblair@jshfirm.com |
| sgriffiths@millsandwoods.com | kelder@jshfirm.com |
| | ramin@jshfirm.com |

*Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez*

J.T. Shoaf
Gust Rosenfeld, PLC
One East Washington St., Suite 1600
Phoenix, AZ 85004
*Attorneys for Defendant, James Mike Thompson*
jshoaf@gustlaw.com

By: */s/Karen Larson*