Brandi C. Blair, Bar #025944
Kathleen S. Elder, Bar #021763
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7808
bblair@jshfirm.com
kelder@jshfirm.com

Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown,<br><br>Plaintiffs,<br><br>v.<br><br>Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida Corporation; Kadyann Cobey and John Doe Cobey, a married couple, Debra E. Wagner and John Doe Wagner, a married couple; Danielle Alderson and John Doe Alderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez, and John Doe Alvarez, a married couple; John and Jane Does 1-100; Black Partnerships 1-10; White Corporations 1-10,<br><br>Defendants. | NO. 3:19-cv-08136-ROS-JZB<br><br>**STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES** |

Pursuant to Rule 6(b), Fed. R. Civ. P., the parties to this action, through their respective undersigned counsel, hereby stipulate, agree, and request the Court to extend expert and discovery deadlines for a period of ninety days, as set forth with specificity below.

8214235.1

The parties have made initial disclosures, exchanged initial discovery, and have in good faith continued to supplement their MIDP responses, consistent with this Court's Order and the Rules. The parties continue to work together in order to facilitate discovery and to promptly identify additional and necessary parties. Given the complexity of the case, discovery, and the fact that many of the experts, witnesses, and parties are located out of state, there have been some unforeseen delays with respect to discovery and depositions. Moreover, the parties are currently engaged in good faith settlement negotiations, and are actively preparing to mediate this matter, in June or July 2020. Under the current scheduling order, the majority of expert discovery, including depositions, will occur before the parties have the opportunity to participate in mediation. To that end, the parties would like the opportunity to avoid incurring potentially unnecessary expenses under the circumstances that they may be able to resolve this matter, short of trial.

Rule 6(b), Fed. R. Civ. P., provides that the Court may exercise its discretion to enlarge litigation deadlines. The parties submit that the circumstances set forth above constitute sufficient cause for the Court to exercise its discretion to grant the requested enlargement. Not only will this enlargement not be prejudicial to any party, but it will increase the chances of resolution without further proceedings. Therefore, this stipulated motion is not being made for purposes of delay, but for judicial economy.

For the reasons set forth above, the parties respectfully request that the current Scheduling Order be extended by a period of ninety days, as set forth below, and in accordance with the proposed order.

| Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Plaintiff's Expert Disclosure | February 7, 2020 | May 8, 2020 |
| Defendants' Expert Disclosure | April 3, 2020 | July 2, 2020 |
| Rebuttal Expert Disclosure | May 1, 2020 | August 3, 2020 |

8214235.1

2

| Written Discovery | June 23, 2020 | September 21, 2020 |
| --- | --- | --- |
| Final Supplementation of MIDP Responses and Completion of Fact Discovery | August 7, 2020 | November 5, 2020 |
| Expert Depositions | September 4, 2020 | December 3, 2020 |
| Good Faith Settlement Talks | October 16, 2020 | January 14, 2021 |
| Dispositive Motions | November 6, 2020 | February 2, 2021 |

DATED this 7ᵗʰ day of February 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/Brandi C. Blair
 Brandi C. Blair
 Kathleen S. Elder
 40 North Central Avenue, Suite 2700
 Phoenix, Arizona  85004
 Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

DATED this 7ᵗʰ day of February 2020.

MILLS + WOODS LAW

By /s/Scott Griffiths (with permission)
 Scott Griffiths
 Robert T. Mills
 Sean A. Woods
 5055 North 12 Street, Suite 101
 Phoenix, Arizona 85014
 Attorneys for Plaintiffs

8214235.1

3

DATED this 7th day of February 2020.

                    O'CONNOR & DYET, P.C.

By /s/Daniel J. O'Connor, Jr. (with permission)
   Karen Stillwell
   Daniel J. O'Connor, Jr.
   7955 South Priest Drive
   Tempe, Arizona 85284
   Attorneys for Defendants Yavapai County
   and Sheriff Scott Masher

DATED this 7th day of February 2020.

                    GUST ROSENFELD P.L.C.

By /s/John T. Shoaf (with permission)
   John T. Shoaf
   One East Washington Street, Suite 1600
   Phoenix, Arizona 85004-2553
   Attorneys for Defendant Mike Thompson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Gladys Negron