Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
602-241-7000
*Attorneys for Defendants Yavapai County and Sheriff Scott Mascher*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown,<br><br>Plaintiffs,<br><br>vs.<br><br>Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida Corporation; Kadyann Cobey and John Doe Cobey, a married couple, Debra E. Wagner and John Doe Wagner, a married couple; Danielle Alderson and John Doe Alderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez, and John Doe Alvarez, a married couple; John and Jane Does 1-100; Black Partnerships I-1-; White Corporations 1-10,<br><br>Defendants. | Case No.: 3:19-cv-08136-ROS-JZB<br><br>**NOTICE OF SERVICE OF DEFENDANTS YAVAPAI COUNTY AND SHERIFF SCOTT MASCHER'S THIRD SUPPLEMENTAL RESPONSES TO COURT-ISSUED MANDATORY INITIAL DISCOVERY REQUESTS** |

1. Defendants Yavapai County and Sheriff Scott Mascher, hereby give notice that they have served upon all counsel on this date, via electronic mail, their Responses to Court-Issued Mandatory Discovery Requests.

Dated: February 26, 2020.

**O'CONNOR & DYET, P.C.**

By: */s/Daniel J. O'Connor, Jr.*
　　Daniel J. O'Connor, Jr.
　　Karen J. Stillwell
　　*Attorneys for Defendants,*
　　*Yavapai County and*
　　*Sheriff Scott Mascher*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2020, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| Robert T. Mills<br>Sean A. Woods<br>Scott Griffiths<br>Mills Woods Law<br>5055 N. 12th St., Suite 101<br>Phoenix, AZ 85014<br>*Attorneys for Plaintiffs*<br>sgriffiths@millsandwoods.com | Brandi C. Blair<br>Kathleen S. Elder<br>Reshma A. Amin<br>JONES, SKELTON & HOCHULI, PLC<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>bblair@jshfirm.com<br>kelder@jshfirm.com<br>ramin@jshfirm.com<br>*Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez* |

1  J.T. Shoaf
   Gust Rosenfeld, PLC
2  One East Washington St., Suite 1600
   Phoenix, AZ 85004
3  *Attorneys for Defendant, James Mike*
4  *Thompson*
   jshoaf@gustlaw.com
5

6
   By: */s/ Karen Larson*
7