1  Kathleen S. Elder, Bar #021763
   Brandi C. Blair, Bar #025944
2  JONES, SKELTON & HOCHULI, P.L.C.
   40 North Central Avenue, Suite 2700
3  Phoenix, Arizona  85004
   Telephone:  (602) 263-1700
4  Fax:  (602) 200-7889
   kelder@jshfirm.com
5  bblair@jshfirm.com

6  Attorneys for Defendants Wexford Health
   Sources, Inc., Kadyann Cobey, Debra E.
7  Wagner, Danielle Alderson and Linda
   Alvarez
8

9              **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF ARIZONA**

11  Joanna Newman, personal representative of the      NO. 3:19-cv-08136-ROS-JZB
    Estate of Charles Edward Brown; Jeannie
12  Worden, mother of Charles Edward Brown;            **NOTICE OF SERVICE OF**
    Charles Wilson Brown, natural father of           **DEFENDANTS WEXFORD**
13  Charles Edward Brown,                              **HEALTH SOURCES, INC.'S,**
                                                       **DISCOVERY RESPONSES**
14                                       Plaintiffs,

15          v.

16  Yavapai County, a governmental entity;
    Sheriff Scott Mascher, in his official capacity
17  as Sheriff of Yavapai County; Wexford Health
    Sources, Inc., a Florida Corporation; Kadyann
18  Cobey and John  Doe Cobey, a married couple,
    Debra E. Wagner and John Doe Wagner, a
19  married couple; Danielle Alderson and John
    Doe Alderson, a married couple; Mike
20  Thompson and Jane Doe Thompson, a married
    couple; Linda Alvarez, and John Doe Alvarez,
21  a married couple; John and Jane Does 1-100;
    Black Partnerships 1-10; White Corporations
22  1-10,

23                                       Defendants.

24
            Pursuant to General Order 17-08, Defendant Wexford Health Sources, Inc.,
25
    hereby give notice that they have served upon all counsel on this date, via e-mail, its
26
    **Responses to Plaintiffs' Request for Admissions, Request for Production and Non-**
27
    **Uniform Interrogatories.**
28
    8471464.1

DATED this 20$^{n}$ day of May 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Kathleen S. Elder
    Kathleen S. Elder
    Brandi C. Blair
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
    Attorneys for Defendants Wexford Health
    Sources, Inc., Kadyann Cobey, Debra E.
    Wagner, Danielle Alderson and Linda
    Alvarez


## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Robert T. Mills
Sean A. Woods
Scott Griffiths
MILLS + WOODS LAW
5055 North 12th Street
Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiffs

Daniel J. O'Connor, Jr.
Karen Stillwell
O'Connor & Dyet, P.C.
7955 South Priest Drive
Tempe, Arizona 85284
Attorneys for Yavapai County and Sheriff Scott Masher

8471464.1

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John T. Shoaf
GUST ROSENFELD P.L.C.
One East Washington Street
Suite 1600
Phoenix, Arizona 85004-2553
Attorneys for Defendant Mike Thompson

/s/Pam Pullem