Kathleen S. Elder, Bar #021763
Brandi C. Blair, Bar #025944
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7889
kelder@jshfirm.com
bblair@jshfirm.com

Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown,<br><br>Plaintiffs,<br><br>v.<br><br>Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida Corporation; Kadyann Cobey and John Doe Cobey, a married couple, Debra E. Wagner and John Doe Wagner, a married couple; Danielle Alderson and John Doe Alderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez, and John Doe Alvarez, a married couple; John and Jane Does 1-100; Black Partnerships 1-10; White Corporations 1-10,<br><br>Defendants. | NO. 3:19-cv-08136-ROS-JZB<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINES** |

The Wexford Defendants, including Wexford Health Sources, Inc., Kadyann Cobey, Debra Wagner, Danielle Alderson, Linda Alvarez, and Defendant Mike Thompson hereby request that the Court extend Defendants' expert disclosure deadline and other deadlines for the following reasons:

8564624.1

On February 11, 2020, the Court ordered that Plaintiffs' expert disclosure was due **on May 8, 2020**, followed by Defendants' expert disclosure **on July 2, 2020**, and rebuttal expert disclosure **on August 3, 2020**, consistent with the Parties' stipulation. [Order - Doc. 31] This gave Defendants' experts eight weeks to respond to Plaintiffs' expert reports.

On June 22, 2020, this Court granted Plaintiff's Motion for Extension of Time to Disclose Expert Witnesses, ordering Plaintiffs to disclose their experts and reports **on June 30, 2020**, followed by Defendants' expert reports on **July 15, 2020**. [1] All other deadlines were to remain in effect. [Order - Doc 44]

Defendants are highly prejudiced by this Order, which shortens Defendants' experts' time to respond Plaintiffs' expert reports <u>from eight weeks to two weeks</u>, which also falls over the Fourth of July holiday.  Plaintiffs' counsel does not oppose Defendants' request to extend Defendants' expert disclosure **to August 25, 2020**, followed by rebuttal expert disclosure **on September 29, 2020**.  These deadlines are consistent with what the Parties bargained for originally.

Because remaining deadlines were tied to expert deadlines and set before the COVID pandemic impacted all parties, the Parties believe it is necessary to extend other deadlines **six weeks** as follows:

**Written Discovery**: from September 21, 2020 to **November 17, 2020**;

**MIDP Responses and Fact discovery**: from November 5, 2020 to **December 17, 2020**;

**Expert Depositions**:  from December 3, 2020 to **January 14, 2021**;

**Dispositive motions**: from February 2, 2021 to **March 16, 2021**; and

**Good faith settlement talks**: from January 14, 2021 to **February 25, 2021**.

---

[1] Plaintiffs' Motion was filed after 5:30 PM on Friday, June 19, 2020.  The Court entered its Order on Monday, June 22, 2020 at 2:27 PM before Defendants had an opportunity to be heard on the issue by filing a Response.

        Plaintiffs recently agreed to voluntarily dismiss the Yavapai County Defendants. The remaining Parties are in the process of scheduling a mediation, which they believe will take place within the next four to six weeks. The request to extend deadlines as set forth above is being made in good faith and not for the purpose of delay. Moreover, it will help to promote settlement and is consistent with goals of judicial economy as Defendants may be able to save considerable expert expenses if a mediation can resolve the matter sooner rather than later.

        Plaintiffs are in agreement with the above deadlines. A proposed form of Order is submitted herewith.

        DATED this 29th day of June 2020.

        JONES, SKELTON & HOCHULI, P.L.C.

        By /s/ Kathleen S. Elder
           Kathleen S. Elder
           Brandi C. Blair
           40 North Central Avenue, Suite 2700
           Phoenix, Arizona 85004
           Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

MILLS + WOODS LAW

        By /s/ Scott Griffiths w/ permission
           Robert T. Mills
           Sean A. Woods
           Scott Griffiths
           5055 North 12th Street
           Suite 101
           Phoenix, Arizona 85014

GUST ROSENFELD P.L.C.

        By /s/ John T. Shoaf w/permission
           John T. Shoaf
           One East Washington Street
           Suite 1600
           Phoenix, Arizona 85004-2553
           Attorneys for Defendant Mike Thompson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Robert T. Mills
Sean A. Woods
Scott Griffiths
MILLS + WOODS LAW
5055 North 12th Street
Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiffs

Daniel J. O'Connor, Jr.
Karen Stillwell
O'Connor & Dyet, P.C.
7955 South Priest Drive
Tempe, Arizona 85284
Attorneys for Yavapai County and Sheriff Scott Masher

John T. Shoaf
GUST ROSENFELD P.L.C.
One East Washington Street
Suite 1600
Phoenix, Arizona 85004-2553
Attorneys for Defendant Mike Thompson

/s/ Pam Pullem