**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, et al., | No. CV-19-08136-PCT-ROS (JZB) |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Yavapai, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation, and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 45) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, all claims against the following parties are dismissed with prejudice with each party to bear its own fees and costs: Yavapai County, Sheriff Scott Mascher, and all John and Jane Doe Detention Officer Defendants.

**IT IS FURTHER ORDERED** the Motion for Judgment on the Pleadings (Doc. 40) and Motion to Stay (Doc. 41) are **DENIED AS MOOT**.

Dated this 8th day of July, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge