# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>County of Yavapai, et al.,<br><br>　　　　Defendants. | No. CV-19-08136-PCT-ROS (JZB)<br><br>**ORDER** |

　　　　Having reviewed the Joint Motion to Stay Discovery Deadlines (doc. 48) and good cause appearing,

　　　　**IT IS ORDERED**

　　　　1.　　The parties' Motion (doc. 48) is **granted**.

　　　　2.　　All remaining discovery deadlines are **stayed** pending mediation that is currently set for July 20, 2020. If the matter does not resolve in mediation, that the parties will submit a revised scheduling order within ten (10) days of mediation that will include defense expert reports to be due on or before **September 4, 2020**.

　　　　3.　　Defendants' Motion for Extension of Time (doc. 46) is **denied as moot**.

　　　　Dated this 8th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable John Z. Boyle
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge