**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Tel: 602.257.7422
J.T Shoaf – 025164
jtshoaf@gustlaw.com

Attorneys for Defendant Thompson

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown,<br><br>Plaintiffs,<br><br>v.<br><br>Yavapai County, a governmental entity; Sheriff Scott Mascher in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida corporation; Kadyann Cobey and John Doe Cobey, a married couple; Debra E. Wagner and John Doe Wagner, a married couple; Danielle Anderson and John Doe Anderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez and John Doe Alvarez, a married couple; et al.,<br><br>Defendants. | No.  3:19-CV-08136-ROS-JZB<br><br>**DEFENDANT MIKE THOMPSON'S JOINDER IN THE EXPERT OPINIONS DISCLOSED BY DEFENDANT WEXFORD HEALTH SOURCES, INC., COBEY, WAGNER, ALDERSON, AND ALVAREZ'S IN THEIR 7TH SUPPLEMENTAL DISCOVERY RESPONSES** |

Defendant Mike Thompson, by and through undersigned counsel, hereby joins in the expert opinions disclosed by Defendant Wexford Health Sources, Inc., Cobey, Wagner, Alderson, and Alvarez's in their Mandatory Seventh Supplemental discovery responses re: Experts dated September 4, 2020.

3916374.1                                                          1

1     Dated: October 2nd, 2020.

2                                      GUST ROSENFELD, PLC

3                                      */s/ JT Shoaf*

                                        J.T. Shoaf

4                                         *Attorneys for Defendant Thompson*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### CERTIFICATE OF SERVICE

I certify that on this 2nd day of October, 2020, I emailed the ORIGINAL to the to the following CM/ECF registrants:

Robert T. Mills, Sean A. Woods and Scott Griffiths – *Attorneys for Plaintiffs*

Brandi C. Blair and Kathleen Elder – *Attorneys for Defendants Wexford Health Sources, Kadyann Cobey, Debra E. Wagner, Danielle Anderson and Linda Alvarez*

/s/ Stephanie Pequeno

3916374.1                                3