Kathleen S. Elder, Bar #021763
Brandi C. Blair, Bar #025944
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7889
kelder@jshfirm.com
bblair@jshfirm.com

Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joanna Newman, personal representative of the Estate of Charles Edward Brown; Jeannie Worden, mother of Charles Edward Brown; Charles Wilson Brown, natural father of Charles Edward Brown,<br><br>Plaintiffs,<br><br>v.<br><br>Yavapai County, a governmental entity; Sheriff Scott Mascher, in his official capacity as Sheriff of Yavapai County; Wexford Health Sources, Inc., a Florida Corporation; Kadyann Cobey and John Doe Cobey, a married couple, Debra E. Wagner and John Doe Wagner, a married couple; Danielle Alderson and John Doe Alderson, a married couple; Mike Thompson and Jane Doe Thompson, a married couple; Linda Alvarez, and John Doe Alvarez, a married couple; John and Jane Does 1-100; Black Partnerships 1-10; White Corporations 1-10,<br><br>Defendants. | NO. 3:19-cv-08136-ROS-JZB<br><br>**NOTICE OF SERVICE OF DEFENDANTS WEXFORD HEALTH SOURCES, INC., KADYANN COBEY, DEBRA E. WAGNER, DANIELLE ALDERSON AND LINDA ALVAREZ' AMENDED RESPONSE TO NON-UNIFORM INTERROGATORIES** |

Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez, hereby give notice that they served upon Plaintiffs via e-mail, its **Amended Response to Non-Uniform Interrogatories** on October 8, 2020.

8824981.1

DATED this 8th day of October 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Kathleen S. Elder
Kathleen S. Elder
Brandi C. Blair
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Wexford Health Sources, Inc., Kadyann Cobey, Debra E. Wagner, Danielle Alderson and Linda Alvarez

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Sean A. Woods
Scott Griffiths
MILLS + WOODS LAW
5055 North 12th Street
Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiffs

John T. Shoaf
GUST ROSENFELD P.L.C.
One East Washington Street
Suite 1600
Phoenix, Arizona 85004-2553
Attorneys for Defendant Mike Thompson